**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN FORD MEREDITH,<br><br>Defendant. | CASE NO. 2:25-CR-00199-APG-DJA-1<br><br>**ORDER TO CONTINUE INITIAL APPEARANCE / ARRAIGNMENT AND PLEA** |

**IT IS THEREFORE ORDERED** that the Initial Appearance currently scheduled for July 16, 2025, at the hour of 2:30p.m., be vacated and continued to September 12, 2025, at the hour of 2:30 p.m. in LV Courtroom 3C before Magistrate Judge Nancy J. Koppe.

_____
**UNITED STATES MAGISTRATE JUDGE**

CLARKHILL\09999\09998-5391\282848028.v2-7/14/25